Exhibit A to the Complaint

**Location:** Antelope, CA  **IP Address:** 73.48.220.88
**Total Works Infringed:** 56  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0154312094A7AE79C49D5351D86D551902C6278F<br>File Hash:<br>62D69468B19EA8564BF265E7FE7681F6BA07C71E57479CB59E5DA4E4F8907819 | 07/24/2024 19:21:48 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 2 | Info Hash: C61EFC5872DD3D71500FB827175488924F650ECA<br>File Hash:<br>99367AD48B0235EE037C74F989E5D92F04D1F8C365074D9692EEA19FAAA36D24 | 07/23/2024 12:52:13 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 3 | Info Hash: B90BC7EE6851B56646FBE1CAF4D8EAE79A371077<br>File Hash:<br>CAFDF79516AC7515D8E0B39B87A39B7FDDD425904E05232B0E001DDFCD98F474 | 07/23/2024 06:15:07 | Blacked Raw | 05/27/2024 | 06/18/2024 | PA0002476931 |
| 4 | Info Hash: 06CE8BA0DFF919BEC8F5C8F06BFB3E33DCEA9D73<br>File Hash:<br>3F0B7BAE294CCA9D1B8BDA743048F62FD89255DFB8315AB79F4E65E9631E1A04 | 07/22/2024 16:02:43 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 5 | Info Hash: F0BE6C7FDFAA6750E72E6C94DC39A9DECB71CB1D<br>File Hash:<br>7EBA17DB49D8B9B7FDF1A5AFBAF95B93F142D18DDB350227314226CE3E3C288D | 07/22/2024 14:53:02 | Milfy | 04/24/2024 | 06/24/2024 | PA0002477539 |
| 6 | Info Hash: D113851E754EDD057041AC5D0B5A6B445796B191<br>File Hash:<br>838666DCF34F677CD6B16E96C89AFC74A7B5AB6C4F531AAAF08E90997E027035 | 07/22/2024 09:44:40 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 7 | Info Hash: 33D4DB87795E4959854B87A96D898787BFD08757<br>File Hash:<br>6DACE907642F0459EEEA9B959AC40974123482DA07921F6C17CD06E9591DB87E | 07/22/2024 00:42:27 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 8 | Info Hash: 7FF066621CB1FC2E628F8C3A5A4F3ACFB891ADB3<br>File Hash:<br>6E8E435B7A3B77B4881D4064B42E184E78C356AC8BEF2C8C7D0ECB69AB2300DB | 07/21/2024 19:00:43 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 9 | Info Hash: 9E42500751D9160C610DB567C8D2A3AE6D4D2BA6<br>File Hash:<br>5B13CAE17F3D8EB18F4C98B6AAE9F233D6902FBFEEF9E1E8A5909EE5D3472AE7 | 07/15/2024 17:22:54 | Blacked | 10/23/2021 | 11/11/2021 | PA0002321276 |
| 10 | Info Hash: 3DA9E0646D73ABAEA11E1EB908EAE9ED2C3DA9D7<br>File Hash:<br>635477BF0794B45D4B5A46867BFC83ED5F60EC726696DD904FFA053E565A049A | 07/11/2024 16:59:35 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 11 | Info Hash: 49EB984261A99A0C73897890489E8DE6E8F461AD<br>File Hash:<br>AFF7871B83DC51EF40222D9D6648D2E834AB9F5B3F2172FD5FAF196302FA9444 | 07/05/2024 17:45:21 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A8808718AB6B410FF0910C6E3BFE18E653E85EE7<br>File Hash: 138B560FA1DC68E0EB0A1D6DF86584D43A04F7315DB397C3FB2C7DDB6C94F821 | 07/03/2024 18:30:09 | Blacked Raw | 04/22/2024 | 05/07/2024 | PA0002469678 |
| 13 | Info Hash: 0F5E5058328E8B587E9B908A85945DF8C6845E07<br>File Hash: E5341A5F127EB438AB4AECB8F03B7938E092E8D378DD31F02D20B46B82EB0925 | 06/27/2024 17:14:55 | Vixen | 04/19/2024 | 05/09/2024 | PA0002470255 |
| 14 | Info Hash: AF45AC525FC843A9967603125BFEBD6A9CF73040<br>File Hash: 3B80D1C93AB5B98B281D5C8DF77CCD6CCB20274F4AE6BCF61C2F8F26F02F954A | 06/25/2024 17:26:17 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 15 | Info Hash: 255AF3CE4CA220D54492B7F13A0C8A8408E647FC<br>File Hash: 47F7A89CC84422B4E3587F53E634A4132D5433D9277CE19FCBE3E0102E0A9275 | 06/21/2024 15:36:17 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 16 | Info Hash: E3BB28269C20B3F42B4D0D51C16A16DE419B625C<br>File Hash: F6216AE54698B5B760210C748E6F3F8357736D949F419CBD79AB5B75EA6C4BB5 | 06/19/2024 16:31:46 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 17 | Info Hash: B71C61157A2744C5FC253993C92BF6CE8A28B954<br>File Hash: 6C1D3A8D40735A5DA9C2209AC15BA70B173D700E91C2C9D757DB39004B410D33 | 06/19/2024 14:54:45 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 18 | Info Hash: 0D076FCE12FD05ECF3DAA087E535B4728E7E0AA4<br>File Hash: E64F73DDC1539B6DC0F0DEB57300517CED4C31C9CABDF1886A8215AB7DBD3A67 | 05/28/2024 15:31:07 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 19 | Info Hash: 5E85428D24CF641DA41B4471DB02E0D6C6BA4EED<br>File Hash: D10741730A8ED039447C4CE40A76DBD6204B6B23AB0D6712DF9BB120F8895C3D | 05/28/2024 15:12:56 | Blacked | 04/08/2024 | 04/10/2024 | PA0002464920 |
| 20 | Info Hash: C30CCFC380D7DF878CE1FDAAD2D8484EB745023C<br>File Hash: E02B75D256F2DF50AF6F2856811241DB2A6D85ACFDB1BAD82C4E3EC39A168792 | 05/24/2024 17:18:20 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 21 | Info Hash: 47EBD21709C9D3C23CDE3AAB1E02DEE5BC8A5C48<br>File Hash: 9A3F22D91DDD4D119ECFFEDC8460D0AE19A84006EF0768D65D2A8339E6EC2F61 | 05/18/2024 14:37:42 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 22 | Info Hash: 82AF5148FA58C1545339D01B001A3740EED82D85<br>File Hash: 75BF5DB363E1273CEE5B6B6219F1A3F7BF68E1BE7F4A0D0B0B6176921E133DDE | 05/15/2024 01:44:27 | Milfy | 03/20/2024 | 06/24/2024 | PA0002477487 |
| 23 | Info Hash: 28438C776BB4E5C51AA8DFE4E6F6B195E8BE6DC6<br>File Hash: 193896EAD79B49B8E940B374C148D219B1B040E576E730BD9C4F88D1D5147565 | 05/15/2024 01:41:47 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CC8D0610A4EDE1C099E664843FB81375E84FCB15<br>File Hash: EB35E56C9E7ACA80994DB6E78FA9CC04BA3722242BB58FBDB03EDF04E3BC91E9 | 05/15/2024 01:37:32 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 25 | Info Hash: 5A8528C17E5984EFC85778BBCD371C0133E1F76A<br>File Hash: 431C7A9CEA6944CBC3C1EA26A015ADC0C42FE7C0374E55DA897D32CE7356A7B0 | 05/15/2024 01:19:03 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 26 | Info Hash: 2B14A70FD94ED5B87CAEDAA0533D289AA32AFB54<br>File Hash: 77984BD50BCE8F7181663B80630971480CCA7424E350F0F240278606C35BB5A3 | 05/15/2024 01:07:28 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 27 | Info Hash: 5F8CA492B66B09099D58C057BE34C63693B6F787<br>File Hash: 372BD1F950F4FB45C7CF0FA0DEE5CB4B6264E18FD49BBB826782D939105EB1DC | 05/15/2024 01:00:02 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 28 | Info Hash: A2FE8B062C32CEBBEA9C7A067F2B98995322D0B7<br>File Hash: 4CCB6060805A5E0F50750FA115F84A32567ECBC1D486FD41720BCA849B0ACBC8 | 05/15/2024 00:54:46 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 29 | Info Hash: 63B350806901FEC8C05022D0B4FFACF9BB9171C5<br>File Hash: 74BD21538420074934712AB6C5CF5B9BB37BD110ECC6AFC6C119FDCE9309C0F0 | 05/15/2024 00:48:25 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 30 | Info Hash: 44BF437C0922A2B73EC225F8618BBFF81544FB16<br>File Hash: 755D4F6290AC94564AD96FFD183DBBF2D62913C8858EB69F5017B04A608959BE | 05/15/2024 00:42:05 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 31 | Info Hash: 8A8F77477BF5B4A8A92F8B619FD0446B41D18D3E<br>File Hash: 34DB15DDCAF76C1CB055F290FD64E6B8B2E9C8A18B2241BDA49718772B433391 | 05/15/2024 00:37:20 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 32 | Info Hash: DA2C0BB48F75DBB6A0CC60DE2055159D50FB9873<br>File Hash: F756AEF57379F5214AC1F87740AD1534A03015DE5EE1A971AFD9EAEA757475B7 | 05/15/2024 00:33:07 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 33 | Info Hash: A1EF467B9ACF45BB31E6B00BE2128B9ED888A6D7<br>File Hash: 4A1D76AAA7F92EC4A7833F5B206FE19AD18734F26B4FD5C18B4A92415C2FB4AE | 05/15/2024 00:26:47 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 34 | Info Hash: 465968EB5767694BF6164513302F6841169CD9D0<br>File Hash: 41528BCBB48746A262E97D549275EC8B21D7A9D38A1DE90C9122106128FFA8CE | 05/15/2024 00:23:06 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 35 | Info Hash: C251E57630769942A6DA9FD0F66732C3510E1496<br>File Hash: 61A21E452C25F87661AC478709BC9D89121FC5F73470E3AB91C90304D05ABEB7 | 05/15/2024 00:22:03 | Milfy | 11/01/2023 | 12/07/2023 | PA0002446649 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F51670BFB3F54E2734108D99D230BD67B7F65359<br>File Hash: 195D8E857F0CEA8E62E720DF579C192C12D559AFC9906AE3E6DC0CD15B464F5C | 05/15/2024 00:20:28 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 37 | Info Hash: 9BCAE95226F5A8499844714660B5FFB0AE7A09B1<br>File Hash: C87566C2C2AE5511D62EFE25F149653EA9F6619BC04088E2F4CC2DE9F34D8444 | 05/15/2024 00:10:58 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 38 | Info Hash: D2DBD66DA834770AF5847545F3B52C3B0894DF8B<br>File Hash: 8CADC39E3B425E99968824C7EF11AAB1FD620F58E185FF21DC23B5507936F156 | 05/15/2024 00:06:45 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 39 | Info Hash: 48A0D7DF6BA9EA1A21E6F0B63A2F4FD531BD4000<br>File Hash: D4EDD8DD8B6C9211DA74961DDA8FA92D7A9FD726206F238699F4CA90A0D9C00B | 05/14/2024 23:59:22 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 40 | Info Hash: 78B84CC810341DA0D17F7F8DF97C51DDD45AF7B3<br>File Hash: F32C477F8363695F663D8486C7E8434435A5F3DC2EF36E21EB63A9C3A650A8F2 | 05/14/2024 23:57:47 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 41 | Info Hash: 1B9C10AEF9696C3B30D16C74A2E3E1844FC0FAC8<br>File Hash: 7A151063E2D78D87AE96A45CE2A9D9D5634749B6B87BE90253E4B43FE77683AF | 05/14/2024 23:56:12 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 42 | Info Hash: 956FEEF403C0633B13D7ACED6032B6333DBA9A9B<br>File Hash: E0F8B858FFF24950F006F8C99F7D5DA6C921B617F72715FA7A38FDF248803920 | 05/14/2024 23:55:38 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 43 | Info Hash: BF3B399743FECF0CC55AC55282A5E1BAD4DAD1F6<br>File Hash: D0E3D137C4227519A6D713C9C2301E4C6B10CA31E7588C74D0C73A8B82597D2D | 05/14/2024 23:55:07 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 44 | Info Hash: 6E6BF5A0D557E9868D2A76C711CE9D49793CA9C0<br>File Hash: 31483B86085A54E09DB88383C2001B74A78714C9E9EFBDCB0E1ABE63B157B8F0 | 05/14/2024 15:25:57 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 45 | Info Hash: ED45608D4895328760B4FA1746BA3C1248C664E1<br>File Hash: C301F65FB893D00BA76A53CAA557D2B3D3A65DAAA39015C18760D4267BD84A73 | 05/14/2024 15:20:16 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 46 | Info Hash: CBAFD3DE8A07683E157E28030789D6D374D839B1<br>File Hash: 7E4CF0FFB589377712815C8F5D8322EBF59F30C64E0F04ED247E5100E17ADF823 | 05/12/2024 15:15:03 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 47 | Info Hash: 9D99CA8259D628B3E7C3B619FA9B2D6F3B224B8E<br>File Hash: BFEC4ED39F3A45FEAB1CEFB5158B5ED0B3E89082196D652219D8575CF04D30CC | 05/12/2024 15:14:34 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 0A057FFECD24A2A7C84EAB2508BF9A2598AF08C6<br>File Hash: D96B7ECFE36F43C4D269422B2A0AF5A4EF47D3CA59738E00473A2E8F6255DA4E | 05/10/2024<br>16:47:36 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 49 | Info Hash: 2F946B9518743D115169AAB2B05DB20C242CF285<br>File Hash: 170962FCE94C21357624DC52B0FB98930547E57C292F497E8259A9635D1B3D98 | 05/06/2024<br>16:05:15 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 50 | Info Hash: 0FCEE93A0C139E023CDD284D42C99D29EB649657<br>File Hash: 54C7C7919ACAAD8CD898A3B688E72B4A0202B226539FFE15609E28AA67EE59D3 | 05/06/2024<br>16:03:08 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 51 | Info Hash: 62DDF402F4259C40FEB8DFB06DECFC22DD017A88<br>File Hash: 85323253B7506B23C1E39402C8FA51FF6C0FD79E54A2B595D4F39951A404F0E9 | 05/02/2024<br>19:42:11 | Milfy | 08/16/2023 | 12/07/2023 | PA0002444364 |
| 52 | Info Hash: 927B3FDDC86598A3928C39AC94B14F9008B2FA9B<br>File Hash: 036D85FABB3735ACA9D5290CDAB76E478E1C1C5E4CBF8E29E20501C8D31574D7 | 05/02/2024<br>19:22:34 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 53 | Info Hash: 8AD3EA3F571349E2237D5EE2E15CD203EC0E810B<br>File Hash: 4150531AC2BC3F50BA1AA247B60F6EC6674B7A69BD6C3273615BB4A5A9704411 | 05/02/2024<br>17:39:16 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 54 | Info Hash: 1C73F465B84E853936478D40394D66D92A367245<br>File Hash: B466C6C91CAD7508AB6636A2E77193FEA6F3876789588695792BCEC7530B9A99 | 05/02/2024<br>17:26:41 | Milfy | 10/11/2023 | 12/14/2023 | PA0002445916 |
| 55 | Info Hash: 72C3A3B725CC3AC9A32B0CC05116A4BFBCC0E5C7<br>File Hash: 2C304C1AD95B08AC24B1E07A7A7ED2CF787319F660A1082155470079842E0F48 | 05/02/2024<br>17:22:27 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 56 | Info Hash: BD0E1A645A2C5FD02C14490BEC01858C7D0272EC<br>File Hash: 49BE304C224615BC5D04BD3389D9EB4FAD099468BA6EAE2F40680A97B871B58C | 05/02/2024<br>17:20:58 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |